## (March 14, 1961)

■ FREDERICA H. K. SHIELDS et al., Respondents, v. EVELYN M. KENNEDY, Individually and as Administratrix of the Estate of THOMAS P. B. KENNEDY, Deceased, Appellant.— Motion for a stay granted upon condition appellant perfects appeal and is ready for argument on or before March 27, 1961, pro-

vided respondents shall immediately advise the attorneys for the appellant that they will be ready to argue the appeal at that time. Otherwise, the motion is granted upon condition appellant perfects the appeal by April 20. and is ready for argument at the term commencing May 15, 1961. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.